IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-296-D

| | |
|---|---|
| SAHAR M. SAID, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| INDEPENDENCE AMERICAN | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

The court has reviewed the record. In light of the defendant's response [D.E. 16] to plaintiff's motion to remand [D.E. 9], the court GRANTS the motion to remand [D.E. 9]. The court REMANDS the action to Wake County Superior Court. The court DENIES as baseless plaintiff's request for attorney's fees and DISMISSES as moot plaintiff's motion to stay discovery [D.E. 11].

SO ORDERED. This 26 day of September 2019.

JAMES C. DEVER III
United States District Judge